UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| MARCKUS WILLIAMS, | ) | |
| FAIR HOUSING CENTER OF CENTRAL | ) | |
| INDIANA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-02050-JRS-CSW |
| | ) | |
| PROGRESS RESIDENTIAL, LLC, | ) | |
| PROGRESS RESIDENTIAL PM | ) | |
| HOLDINGS, LLC, | ) | |
| PROGRESS RESIDENTIAL | ) | |
| MANAGEMENT SERVICES, LLC, | ) | |
| PROGRESS RESIDENTIAL PROPERTY | ) | |
| MANAGER, LLC, | ) | |
| PRETIUM PARTNERS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the *Joint Motion to Extend Stay of Case Proceedings and Deadlines and Continue Initial Pre-Trial Conference and Proposed Case Management Plan* filed by Plaintiffs Marckus Williams and Fair Housing Center of Central Indiana and Defendants Progress Residential, LLC, Progress Residential PM Holdings, LLC, Progress Residential Management Services, LLC, Progress Residential Property Manager, LLC, and Pretium Partners, LLC (collectively, "the Parties"). (Dkt. No. 28). Being duly advised, the Court **GRANTS** the Motion.

IT IS THEREFORE ORDERED that all case proceedings and deadlines shall be **STAYED** until **March 29, 2025**. The Parties shall file a joint status report by

**March 29, 2025**, advising the Court of the status of settlement discussions and, if necessary, propose a new schedule for upcoming case deadlines. Defendants' deadline to file a response to the Complaint shall be extended to **April 11, 2025**.

IT IS FURTHER ORDERED that the Telephonic Initial Pretrial Conference set for March 31, 2025, is **VACATED** and **RESET** to **May 22, 2025, at 9:30 a.m. (EST)**, before Magistrate Judge Crystal S. Wildeman. The particulars for this conference were previously provided (Dkt. No. 20) and remain unchanged. The information needed to participate in this telephone conference will be provided by a separate notification.

**SO ORDERED.**

Date:  February 28, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

*Service will be made electronically on all ECF- registered counsel of record via email generated by the Court's ECF system.*