UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARCKUS WILLIAMS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:24-cv-02050-JRS-CSW |
| PROGRESS RESIDENTIAL, LLC, et al., | ) |
| Defendants. | ) |

### ORDER GRANTING MOTION TO EXTEND STAY

This matter is before the Court on the *Joint Motion to Extend Stay of Case Proceedings and Deadlines and Continue Initial Pre-Trial Conference and Proposed Case Management Plan* filed by Plaintiffs Marckus Williams and Fair Housing Center of Central Indiana and Defendants Progress Residential, LLC, Progress Residential PM Holdings, LLC, Progress Residential Management Services, LLC, Progress Residential Property Manager, LLC, and Pretium Partners, LLC (collectively, "the Parties"). (Dkt. 30). Being duly advised, the Court **GRANTS** the Motion. (*Id.*).

**IT IS THEREFORE ORDERED** that all case proceedings and deadlines shall be **stayed** until May 23, 2025. The Parties shall file a joint status report no later than May 23, 2025, advising the Court of the outcome of the Parties' mediation efforts and, if the case has not resolved, proposing a new case management plan. Defendants' deadline to file a response to the Complaint shall be extended to May 30, 2025.

The initial pre-trial conference set for May 22, 2025, is hereby **VACATED.** If the case does not resolve at private mediation, the initial pre-trial conference will be reset by separate order.

**So ORDERED.**

Date: April 2, 2025

*Crystal S. Wildeman*
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF registered counsel of record.

Case 1:24-cv-02050-JRS-CSW   Document 31   Filed 04/02/25   Page 2 of 2 PageID #: 162